UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G. LOZANO , <br><br> Plaintiff, <br><br> v. <br><br> SAN BERNARDINO SHERIFF DEPT., <br><br> Defendant(s). | Case No. 5:21-cv-789-VAP (MAR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice.

Dated:  October 5, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge