JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G. LOZANO, | Case No. 5:21-cv-789-VAP (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| SAN BERNARDINO SHERIFF DEPT., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: October 5, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge